JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI FERGEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a corporation; REPO DEPOT BUYAUTOREPO.COM and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:16-cv-01055-FMO-GJSx<br><br>ORDER ON STIPULATION [11] OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)<br><br>Judge: Hon. Fernando M. Olguin<br>Ctrm:  22 – 5th Floor<br><br>Complaint Filed: May 20, 2016<br>Trial Date: None Set |

On August 3, 2016, plaintiff SHERI FERGEN along with defendant FORD MOTOR COMPANY, entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned action is voluntarily dismissed with prejudice in its entirety.

///
///
///
///
///

Therefore, good cause having been shown and the parties having stipulated to same, the Court hereby makes the following order:

IT IS ORDERED THAT:

1. This entire action is dismissed with prejudice, and each party shall bear their own fees and costs.

Dated:  August 3, 2016             _____/s/_____
                                   FERNANDO M. OLGUIN
                                   United States District Court Judge
                                   Central District of California